UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00024-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN CHARLES NELSON, | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on the government's Motion for Order of Forfeiture. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Order of Forfeiture (#16) is GRANTED, and the Consent Order and Judgment of Forfeiture Pending Rule 32.2(c)(2) (#16-1) is incorporated herein by reference as if fully set out.

Signed: September 22, 2014

Max O. Cogburn Jr.
United States District Judge